BUSINESS OBJECTS, S.A.,
Plaintiff–Appellant,

v.

MICROSTRATEGY, INC.,
Defendant–Appellee.

No. 05–1540.

United States Court of Appeals,
Federal Circuit.

Sept. 13, 2006.

Before NEWMAN, LOURIE, and RADER, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: *AF-FIRMED*. *See* Fed. Cir. R. 36

Mike JOHANNS, Secretary of
Agriculture, Appellant,

v.

OMNI DEVELOPMENT
CORPORATION,
Appellee.

Omni Development Corporation,
Appellant.

v.

Mike Johanns, Secretary of
Agriculture, Appellee.

Nos. 05–1597, 05–1602.

United States Court of Appeals,
Federal Circuit.

Sept. 19, 2006.

Before NEWMAN, LOURIE, and RADER, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: *AF-FIRMED*. *See* Fed. Cir. R. 36